## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:01-00014 |
| | ) | Judge Trauger |
| | ) | |
| ADAM PHILLIPS | ) | |

### AMENDED ORDER

A hearing was held on February 5, 2014 on the Superseding Petition to Revoke Supervision (Docket No. 114). The government dismissed the warrant issued pursuant to the Superseding Petition, and the defendant pled guilty to the violation set out in the Superseding Petition. The court finds that violation **ESTABLISHED** and hereby **REVOKES** the defendant's supervised release. He is sentenced to serve 24 days in the custody of the Bureau of Prisons, beginning on Friday, February 7, 2014. The defendant shall report to the United States Marshal's Office in this building on Friday, February 7, 2014, at 12:00 noon to begin the service of this sentence. The supervised release shall resume on March 3, 2014, when the defendant will be released by the Bureau of Prisons to begin serving ninety (90) days in the Diersen Charities halfway house, as a special condition of supervised release, during which time he shall participate in intensive outpatient drug treatment, to be arranged by the Probation Office. Following release from the halfway house, the defendant shall remain on the two-year period of supervised release until August 23, 2015.

It is so **ORDERED.**

Enter this 5th day of February 2014.

_____
ALETA A. TRAUGER

United States District Judge